IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FRED SATCHEL, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. H-12-3412 |
| § | |
| HOUSTON COMMUNITY COLLEGE, § | |
| § | |
| Defendant. § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

The Court has conducted a de novo review of the Magistrate Judge's Memorandum and Recommendation and the Defendant's objections thereto. The court concludes that the Memorandum and Recommendation should be adopted.

Accordingly, the Memorandum and Recommendation is **ADOPTED**. Plaintiff's Motion to Remand, Doc. 6, is **GRANTED,** and this case will be **REMANDED** by separate order. The Clerk shall send copies of this Order to the respective parties.

**DONE** at Houston, Texas, this 7th day of March, 2013.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE